IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Larry Triguero Delacruz
Aurora Aida Delacruz

Debtors

Bankruptcy No. 10-27328
Judge Susan Pierson Sonderby
Chapter: 13

## STATEMENT OF OUTSTANDING OBLIGATIONS

Now comes Green Tree Servicing, LLC and in response to the December 3, 2010 notice of final payment of pre-petition arrearage claim issued by the Chapter 13 Trustee in this case, files this notice of outstanding obligations due:

    Outstanding post petition attorneys fees          $400.00

Pursuant to the terms of the Debtor's confirmed plan, Section B (b) and (c), Movant provides said itemization and amounts now due.

## CERTIFICATE OF SERVICE

TO:    Larry Triguero Delacruz, 7165 Center Ave., Hanover Park, IL 60133
        Aurora Aida Delacruz, 7165 Center Ave., Hanover Park, IL 60133
        Tom Vaughn, 200 S. Michigan Ste 1300, Chicago, IL 60604
        Kyle T. Dallmann, 55 East Monroe Suite 3400, Chicago, IL 60603
        Patrick S. Layng, 219 S. Dearborn, Rm. 873, Chicago, IL 60604

I, Andrew E. Houha, an attorney certify that I served the attached Statement of Outstanding Obligations by mailing a copy to the Debtors at the address listed above by depositing the same in the U.S. mail, first class, postage prepaid at 230 W. Monroe St., Chicago, IL 60606 on or before 5:00 p.m. on January 24, 2011.  The remaining parties were served by the CM/ECF electronic noticing system.

                                          /s/ Andrew E. Houha
                                          Andrew E. Houha, ARDC #6216265
                                          Attorney for Green Tree Servicing, LLC

Andrew E. Houha
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE